Dr. Alex Melvin Wade, Jr.
Paralegal Specialist
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705-7638

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta. Clerk

No. WR-65,555-20
COURT OF CRIMINAL APPEALS

OF TEXAS

AUSTIN, TEXAS

In Re: ALEX MELVIN WADE, JR.,             District Court No.:
    Relator,                          1222385-D
                In the 185th Judicial District Court
                Harris County, Texas

RELATOR ALEX MELVIN WADE, JR., SUPPLEMENT THE RECORD
IN MANDAMUS PROCEEDING

TO THE HONORABLE JUSTICES OF SAID COURT:

Relator Alex Melvin Wade, Jr., in the above entitled captioned caused, filed on

October 26th, 2015 in this Court mentioned Order Designating Issue (ODI) filed

in the 185th Judicial District Court on March 11th, 2014.

Reference made to the pleading is relevant to the non-compliance issue

made as to the Court's Clerk failure to transmit the ODI to this Court once

signed by the Trial Court Judger, in this Case the Honorable Susan Brown.

Relator Alex Melvin Wade, Jr., attaches a copy of the State's Motion to Disignate

Issue and a copy of the proposed Order Designating Issue filed in the 185th

District Court that was not transmitted to this Court once signed by Susan

Brown and violates the substance of Rule 73, Texas Rules of Appellate Procedure.

(see, Exhibit "A" & "B" attached hereto)

          Dr. Alex Melvin Wade, Jr.
          Paralegal Specialist
          Mark W. Stiles
          3060 FM 3514
          Beaumont, Texas 77705-7638

## CERTIFICATE OF SERVICE

I, Dr. Alex Melvin Wade, Jr., pro se herein hereby certify a true and correct copy of the foreging summplemental proceeding has this 3rd day of November 2015 been served upon the Office of the Honorable Devon Anderson District Attorney, Harrisd County, Texas and the Honorable Chris Daniel, Clerk of the Harris County, Texas District Court, 1201 Franklin, 3rd Floor, and the 6th Floor, District Attorney's Office, postage prepaid on this 3rd day of November 2015.

Dr. Alex Melvin Wade, Jr..
Pro Se

-2-

Cause No. 1222385-D

EX PARTE § IN THE 185TH DISTRICT COURT

§ OF

ALEX MELVIN WADE, JR., § HARRIS COUNTY, TEXAS
Applicant

## STATE'S MOTION REQUESTING DESIGNATION OF ISSUE

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant is actually innocent in the primary case;

2. Whether the applicant received ineffective assistance of counsel in the primary case;

3. Whether the evidence was insufficient to convict the applicant in the primary case;

4. Whether the State committed a Brady violation in the primary case; and

5. Whether the State allowed perjured evidence and false testimony in the primary case.

RELATOR EXHIBIT "A"

1

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

      Alex Melvin Wade, Jr.
      #1624189 – Stiles Unit
      3060 FM 3514
      Beaumont, TX 77705

SIGNED this 11th day of March, 2014.

                        Respectfully submitted,

                        Andrew Smith
                        Assistant District Attorney
                        Harris County, Texas
                        1201 Franklin, Suite 600
                        Houston, Texas 77002
                        (713) 755-6657
                        Texas Bar I.D. #24048100

                        Prepared by:
                        Emily Patton

Cause No. 1222385-D

| EX PARTE | § | IN THE 185TH DISTRICT COURT |
| | § | OF |
| ALEX MELVIN WADE, JR.,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUE

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant is actually innocent in the primary case;

2. Whether the applicant received ineffective assistance of counsel in the primary case;

3. Whether the evidence was insufficient to convict the applicant in the primary case;

4. Whether the State committed a Brady violation in the primary case; and

5. Whether the State allowed perjured evidence and false testimony in the primary case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues and then enter findings of fact.

RELATOR EXHIBIT "B"

1

The Clerk of the Court is **ORDERED <u>NOT</u>** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issue in Cause No. 1222385-D.**


SIGNED on the _____ day of _____, 2014.




_____
PRESIDING JUDGE

2



01-10-00463-CR

CAUSE #1222385
185TH JUDICIAL DISTRICT COURT
ALEX WADE
VS.
THE STATE OF TEXAS
VOLUME I
1ST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS

2010 JUN 18 PM 4: 12

CHRISTOPHER MCCULLOUGH
CLERK OF THE COURT